# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ramirez, Irma C. | 2. Court or Organization<br><br>U.S. District Court - NDTX | 3. Date of Report<br><br>05/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ✓ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
1100 Commerce St., Room 1567
Dallas, Texas 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee, Board of Trustees | Texas Center for Legal Ethics |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed barber |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Allstate Life (IRA Annuity) (H) | | | | | | | | | |
| 2. ---Putnam VT Investments (H) | | | | | | | | | |
| 3. -----Equity Inc. | B | Int./Div. | J | T | | | | | |
| 4. -----Growth Opportunities | B | Int./Div. | J | T | | | | | |
| 5. -----Multi-Cap Core Fund | B | Int./Div. | J | T | | | | | |
| 6. -----Sustainable Leaders Fund | B | Int./Div. | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. Parcel 1 (Hobbs, NM) | | None | J | S | | | | | |
| 9. Parcel 2 (Hobbs, NM) | | None | J | S | | | | | |
| 10. Parcel 3 (Hobbs, NM) | | None | J | S | | | | | |
| 11. Parcel 4 (Hobbs, NM) | | None | J | S | | | | | |
| 12. | | | | | | | | | |
| 13. Tony & Adam's Hair Design, Inc. | | None | J | W | | | | | |
| 14. | | | | | | | | | |
| 15. Talcott Resolution Life & Annuity Ins. Co. (variable life policy) (H) | | | | | | | | | |
| 16. -----PVT George Putnam | A | Int./Div. | J | T | | | | | |
| 17. -----AMR Growth-Income | E | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -----PVT Int'l Equity | B | Int./Div. | J | T | | | | | |
| 19.  -----HLS Midcap | D | Int./Div. | J | T | | | | | |
| 20.  -----AMR Growth | D | Int./Div. | J | T | | | | | |
| 21.  -----AMR Global Small Cap | C | Int./Div. | J | T | | | | | |
| 22.  -----PVT Growth Opportunties | D | Int./Div. | J | T | | | | | |
| 23.  -----PVT Sustainable Leaders Fund | C | Int./Div. | J | T | | | | | |
| 24. | | | | | | | | | |
| 25.  Comerica Bank (cash accounts) | | None | K | T | | | | | |
| 26. | | | | | | | | | |
| 27.  LPL Financial IRA (H) | | | | | | | | | |
| 28.  -----Lord Abbett Mid Cap Stock Cl A<br>(LAVLX) | A | Int./Div. | J | T | | | | | |
| 29.  -----Growth Fund of America Class A<br>(AGTHX) | D | Int./Div. | K | T | | | | | |
| 30.  -----Investment Co. of America Cl A<br>(AIVSX) | D | Int./Div. | K | T | | | | | |
| 31.  -----Putnam International Equity Cl A<br>(POVSX) | A | Int./Div. | J | T | | | | | |
| 32.  -----Invesco Comstock Cl A (ACSTX) | A | Int./Div. | K | T | | | | | |
| 33.  -----Invesco Small Cap Discovery Cl A<br>(VASCX) | C | Int./Div. | | | Merged<br>(with line 47) | 05/18/20 | J | | |
| 34.  -----Lord Abbett Affiliated Cl A (LAFFX) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -----Voya Global Equity Dividend & Premium Opp Fund IGD | A | Int./Div. | J | T | | | | | |
| 36. | -----Federated Prudent Bear Fund Cl C (PBRCX) | D | Int./Div. | J | T | | | | | |
| 37. | -----Oppenheimer DVLP Mrkts Fd Cl C (ODVCX) | A | Int./Div. | J | T | | | | | |
| 38. | -----AIM Invesco Am. Franchise Cl A (VAFAX) | C | Int./Div. | J | T | | | | | |
| 39. | -----Hartford Midcap Fund Cl A (HFMCX) | D | Int./Div. | K | T | | | | | |
| 40. | -----Oppenheimer Senior Floating Rate Cl C (OOSCX) | A | Int./Div. | | | Sold | 01/22/20 | J | A | |
| 41. | -----Capital World Growth & Inc Cl A (CWGIX) | C | Int./Div. | K | T | | | | | |
| 42. | -----Capital Income Builder Cl A (CAIBX) | A | Int./Div. | K | T | | | | | |
| 43. | -----Putnam Growth Opptys Cl A (POGAX) | C | Int./Div. | J | T | | | | | |
| 44. | -----Hartford Cap. Appr. Fund Cl A(ITHAX) | C | Int./Div. | K | T | | | | | |
| 45. | -----Federated Global Alloc Cl A (FSTBX) | A | Int./Div. | | | Sold | 01/24/20 | J | A | |
| 46. | -----Federated Hermes Prudent Bear CL A (BEARX) | A | Int./Div. | J | T | | | | | |
| 47. | -----Invesco Small Cap Growth Cl A (GTSAX) | C | Int./Div. | J | T | | | | | |
| 48. | -----Invesco Dev. Mkts CL A (ODMAX) | A | Int./Div. | J | T | | | | | |
| 49. | | | | | | | | | | |
| 50. | Texas Federal Credit Union (cash accounts) | | None | K | T | | | | | |
| 51. | | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramirez, Irma C.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VIII

Lines 8-11:  The assessed value for each parcel is approximately $1334.

Line 33:  Invesco Small Cap Discovery Cl A (VASCX) shares were exchanged for Invesco Small Cap Growth Cl A (GTSAX) shares (see line 47) on May 18, 2020.  The transaction was an even exchange, per the manager of the account.

Line 40:  Oppenheimer Senior Floating Rate Cl C (OOSCX) shares were sold on January 22, 2020.

Line 45:  Federated Global Alloc Cl A (FSTBX) shares were sold on January 24, 2020.

Line 46:  Some Federated Prudent Bear Fund Cl C (PBRCX) shares (line 36) were exchanged for Federated Hermes Prudent Bear Cl A (BEARX) shares (see line 46) on April 16, 2020, based on the length of time the shares had been held, per the manager of the account.

Line 48:  Some Oppenheimer DVLP Mrkts Fd Cl C (ODVCX) shares (line 37) were exchanged for Invesco Dev. Mrkts Cl A (ODMAX) shares (see line 48) on July 27, 2020, and December 28, 2020, based on the length of time the shares had been held, per the manager of the account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Irma C. Ramirez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544